JACKSON, APPELLANT, *v.* CITY OF CLEVELAND, APPELLEE.

[Cite as Jackson *v.* Cleveland (1991), 60 Ohio St. 3d 43.]

(No. 90-1739—Submitted January 22, 1991—Decided May 29, 1991.)

*Jesse R. Jackson, pro se.*

*Mark A. McClain,* chief prosecutor, and *Edward T. Buelo,* for appellee.

*Per Curiam.* We overrule appellee's motion to dismiss and proceed to consideration on the merits.

In his brief, appellant argues matters germane to his criminal conviction and appeal — invalid warrant, discovery rights, and right to a new trial. None of these issues relates to the mandamus action at issue. Accordingly, we affirm the judgment of the court of appeals.

*Judgment affirmed.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.